1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ALVARO ECHAVARRIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-mj-00276 DLB |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY JUDGMENT; ORDER |
| v. | ) | |
| ALVARO ECHAVARRIA, JR., | ) | Judge: Hon. Dennis L. Beck |
| Defendant. | ) | |

On January 31, 2008, Defendant Alvaro Echavarria, Jr., appeared for sentencing before this court. Judgment was entered February 15, 2008.  Amongst other provisions of the Judgment defendant was sentenced to probation for a term of 24 months.  The Judgment is silent as to whether probation is supervised or unsupervised; however, it does refer to "As directed by the probation officer,..." under Special Conditions of Supervision.

THE PARTIES HEREBY STIPULATE that the Judgment may be modified to specify that probation is to be unsupervised.  All remaining terms and conditions of the Judgment imposed January 31,

///
///
///
///

2008, and entered February 15, 2008, shall remain in full force and effect pending further order of the court.

                          McGREGOR W. SCOTT
                          United States Attorney

DATED: March 12, 2008         By  /s/ Mark J. McKeon
                          MARK J. McKEON
                          Assistant United States Attorney
                          Counsel for Plaintiff-Appellee

                          DANIEL J. BRODERICK
                          Federal Defender

DATED: March 12, 2008         By  /s/ Marc Days
                          MARC DAYS
                          Assistant Federal Defender
                          Counsel for Defendant
                          Alvaro Echavarris, Jr.

## ORDER

**IT IS SO ORDERED**. The Judgment imposed January 31, 2008, and entered February 15, 2008, is hereby modified to specify that probation is to be unsupervised. All remaining terms and conditions of the said Judgment shall remain in full force and effect pending further order of the court.

IT IS SO ORDERED.

Dated:  **March 13, 2008**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE